UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUDIENCEVIEW TICKETING
CORPORATION,

                Plaintiff,

        v.

TICKET CENTER, INC. d/b/a TICKET CENTER
OF PUERTO RICO,

                Defendant.

25-CV-6696 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On August 15, 2025, the Court ordered the parties to file a joint letter no later than October 3, 2025.  To date, no such letter has been filed, and Defendant has yet to appear.  Accordingly, the October 10, 2025 telephonic conference is hereby adjourned to November 14, 2025 at 11:00 a.m. The parties shall submit a joint letter and proposed case management plan and scheduling order no later than November 7, 2025.

SO ORDERED.

Dated:     October 6, 2022
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge