UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUDIENCEVIEW TICKETING
CORPORATION,

                            Plaintiff,

                    v.

TICKET CENTER, INC. dba TICKET
CENTER OF PUERTO RICO,

                            Defendant.

No. 25-cv-6696 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The conference in the above captioned matter scheduled for Friday, November 14, 2025 is adjourned to November 24, 2025 at 1:00 p.m.

SO ORDERED.

Dated:    November 13, 2025
             New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge