# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Sean C. Sheely
+1 212-513-3538
sean.sheely@hklaw.com

**MEMORANDUM ENDORSED**

December 9, 2025

*Via ECF*
The Honorable Gabriel W. Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    *AudienceView Ticketing Corporation v. Ticket Center, Inc. dba Ticket Center of Puerto Rico,* Case No. 25-cv-6696 (RA*)*

Dear Judge Gorenstein:

Defendant Ticket Center of Puerto Rico respectfully requests an adjournment of the settlement conference currently scheduled for January 5, 2026, to February 5, 2026, at 10:00 a.m.

In accordance with Your Honor's Individual Rules, counsel contacted Chambers and obtained February 5, 2026, at 10:00 a.m. as an alternative available date and time. Counsel immediately thereafter conferred with plaintiff's counsel, who has agreed to this new date.

Respectfully submitted,

/s/ Sean C. Sheely

cc:    Counsel of Record (*via ECF*)

Settlement conference adjourned to Thursday, February 5, 2026, at 10:00 am. Submissions due January 30, 2026.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 10, 2025